**Dismissed and Memorandum Opinion filed July 11, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00343-CV

---

### DANA T. SMITH, Appellant

### V.

### LAKEVILLE COMMUNITY ASSOCIATION, SAMUEL MEDINA AND SANTA LUCIA MEDINA D/B/A MEDINA TOWING, DIST. 4 AUTO STORAGE, Appellees

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1024538**

---

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, on April 18, 2013, appellant filed a notice of appeal from an order signed April 4, 2013. The record was due on or before June 3, 2013, but it has not been filed. On June 4, 2013, the clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On June 5, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record or filed any other response to this court's notice.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.